# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155415(8)

MICHAEL RAY THOMAS,
       Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
       Defendant.

SC: 155415
AGC: 0935-16

_____/

      On order of the Chief Justice, plaintiff's motion for reconsideration of the Court's April 3, 2017 order closing this file for failure to pay the initial filing fee is GRANTED. Plaintiff has sufficiently shown that he attempted to pay the full filing fee in a timely manner and such fee has since been received by the Court. The Clerk of the Court is hereby directed to reopen this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2017



Clerk